**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Gary Leonard West,

Plaintiff,

vs.

Trans Union LLC;

Defendant.

Court File No. 02-389 ADM/AJB

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO ANSWER TO AMENDED COMPLAINT**

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Gary Leonard West ("Plaintiff") and Defendant Trans Union LLC ("Defendant"), by and through their undersigned legal counsel, that Defendant shall be granted an extension until Monday, March 11, 2002, in the time available to answer Plaintiff's Amended Complaint.

Dated: March 4, 2002

THOMAS J. LYONS & ASSOCIATES

By: ____________________
Thomas J. Lyons, Sr.
342 East County Road D
Little Canada, MN 55117
Little Canada, MN 55117
Telephone: 651-770-9707

CONSUMER JUSTICE CENTER. PA.
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
342 East County Road D
Little Canada, MN 55117
Telephone: 651-770-9707

ATTORNEYS FOR PLAINTIFF

FILED MAR 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: March 4, 2002

SHAPIRO PROFESSIONAL ASSOCIATION

By: Kathleen K. Statler

Lawrence M. Shapiro, #130886
Kathleen K. Statler, #0161809
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (763) 542-1716
Facsimile: (763) 542-1784

ATTORNEYS FOR DEFENDANT
TRANS UNION LLC

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant Trans Union LLC shall be and is granted an extension until March 11, 2002 in the time available to answer Plaintiff's Amended Complaint.

Dated: 3/7, 2002

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge