**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Gary Leonard West,

Plaintiff,

vs.

Trans Union LLC;

Defendant.

Court File No. 02-389 ADM/AJB

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO ANSWER TO PLAINTIFF'S FIRST SET OF DISCOVERY**

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Gary Leonard West ("Plaintiff") and Defendant Trans Union LLC ("Defendant"), by and through their undersigned legal counsel, that Defendant shall be granted an extension until July 15, 2002, in the time available to answer Plaintiff's First Interrogatories, First Request for Production of Documents and First Request for Production of Statements.

Dated: July 1st, 2002

THOMAS J. LYONS & ASSOCIATES

By: ______________________
Thomas J. Lyons, Sr.
342 East County Road D
Little Canada, MN 55117
Little Canada, MN 55117
Telephone: 651-770-9707

CONSUMER JUSTICE CENTER, PA.
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
342 East County Road D
Little Canada, MN 55117
Telephone: 651-770-9707
ATTORNEYS FOR PLAINTIFF

JUL 09 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: July 1, 2002

SHAPIRO PROFESSIONAL ASSOCIATION

By: Kathleen K. Statler

Lawrence M. Shapiro, #130886
Kathleen K. Statler, #0161809
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (763) 542-1716
Facsimile: (763) 542-1784

ATTORNEYS FOR DEFENDANT
TRANS UNION LLC

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant Trans Union LLC shall be and is granted an extension until July 15, 2002 in the time available to answer Plaintiff's First Interrogatories, First Request for Production of Documents and First Request for Production of Statements.

Dated: 7/9, 2002

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge