**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 02-389 ADM/AJB**

Gary Leonard West,

Plaintiff,

-vs-

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Trans Union LLC,

Defendant.

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, and his attorney, and Defendant Trans Union LLC, and its attorneys, in accordance with Fed. R. Civ. P. 41(a)(1)(ii), that Plaintiff's claims against Trans Union LLC shall be and hereby are dismissed with prejudice and on the merits, without costs, attorney's fees or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

By: [signature]

Thomas J. Lyons, Sr., Esq.
Thomas Lyons & Associates, P.A.
Thomas J. Lyons, Jr.
Consumer Justice Center, P.A.
342 E. County Rd., D
Little Canada, MN 55117

*Attorneys for Plaintiff*

*Date:* 7/31/02

By: Kathleen K. Statler

Kathleen Statler, Esq.
Attorney I.D. 0161809
Shapiro Professional Association
1060 The Colonnade
5500 Wayzata Blvd.
Minneapolis, MN 55416

*Attorney for Trans Union LLC*

Date: July 15, 2002

**IN THE UNITED STATES DISTRICT COURT**

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

FILED AUG 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG
DEPUTY CLERK

**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 02-389 ADM/AJB**

---

Gary Leonard West

Plaintiff,

-vs.-

**ORDER OF DISMISSAL WITH PREJUDICE**

Trans Union LLC,

Defendant.

---

Pursuant to a written stipulation entered into between the Plaintiff and defendant Trans Union LLC. stating that the above-entitled action against those defendants has been fully and finally compromised and settled on the merits:

**IT IS HEREBY ORDERED** that any and all claims of Plaintiff against defendant Trans Union LLC are hereby dismissed with prejudice, each of the parties to bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

Dated: August 2 2002.

Honorable Ann Montgomery,
United States District Court